1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS H. ALMEIDA,

          Plaintiff,

    v.

CLARK E. DUCART, et al.,

          Defendants.

Case No.  16-cv-02689-JD   (RMI)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

     A settlement conference was held on October 23, 2019, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the

        proceeding, and each possessed the requisite settlement authority:

        ( X )  Plaintiff, Carlos Almeida, Pro Se

        (   )  Warden or warden's representative

        ( X )  Office of the California Attorney General, Martine D'Agostino

        (   )  Other:

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3)  The outcome of the proceeding was:

        ( X )  The case has been completely settled.

        (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

        (   )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 10/23/2019

ROBERT M. ILLMAN
United States Magistrate Judge